**SILVERMAN & ASSOCIATES** | ATTORNEYS AT LAW

February 8, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

      Re:    *Kooluris v. Cooke, et al.*
              Docket No.: 23 CV 8395 (KMK)

Dear Judge Karas:

I represent the Somers Central School District ("the District") and Dr. Raymond Blanch ("Dr. Blanch") in the above-referenced matter. I am in receipt of your Honor's February 5, 2024 Order scheduling a Pre-motion Conference for February 21, 2024 and I am writing to request a brief adjournment of Conference.

I respectfully request an adjournment of the Pre-motion Conference because I am scheduled to be out of the office from February 16 through February 23, 2024 on a planned family vacation. I have conferred with plaintiff's counsel and counsel for all other defendants and all counsel consent to the requested adjournment. Counsel have conferred regarding proposed alternate dates for the deposition and all counsel are available on March 6, 2024 or in the morning on March 8, 2024 or on date/time more convenient for the Court. This is our first request for an adjournment of the Pre-motion Conference.

We greatly appreciate the Court's time and attention.

Granted. The conference is adjourned to 3/ 6 /24, at 10:30
via teleconference
So Ordered.
[signature]
2/8/24

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

By: [signature] Caroline B. Lineen
      Caroline B. Lineen
      Lewis R. Silverman

cc:    **Via ECF**
       All Counsel of Record