UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH KOOLURIS, *as mother and Natural Guardian of A.K. and individually*,

                Plaintiff,

v.

CAROLINE COOKE, ET AL.,

                Defendant.

No. 23-CV-8395 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

     At the Conference held before the Court on March 6, 2024, the Court adopted a briefing schedule for Movants' upcoming Motions to Dismiss. Movants' Motions are due April 22, 2024. Non-movant's Response is due June 3, 2024. Movants' Replies, if any, are due June 17, 2024.

     The Parties are reminded that there is a strict page limit of 25 pages for opening briefs and 10 pages for replies. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    March 6, 2024
               White Plains, New York

                                                    KENNETH M. KARAS
                                                    UNITED STATES DISTRICT JUDGE