**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

May 21, 2024

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

      Re:   *Kooluris v. Cooke, et al.*
              Docket No.: 23 CV 8395 (KMK)

Dear Judge Karas:

      We represent the Somers Central School District ("the District") and Dr. Raymond Blanch ("Dr. Blanch") in the above-referenced matter. We are writing on behalf of all defendants to respectfully request a brief further extension of the defendants' deadline to file their motions to dismiss.

      The parties participated in a settlement conference with Magistrate Judge McCarthy on May 13, 2024. During the conference, the parties made good progress towards resolution and were able to reach a settlement in principle. However, some of the components of the settlement in principle require some further discussion with and approval of certain defendants, namely the Board of Education and Superintendent. Magistrate Judge McCarthy has directed the parties to provide a status update regarding the status of settlement by May 29, 2024.

      In light of the potential settlement, the parties are hopeful that dispositive motions will not be necessary and respectfully request that their deadline to file any such motions be extended to June 24, 2024. We have conferred with counsel for the plaintiff and he consents to the requested extension and revised to the briefing schedule as follows: (1) defendants' motions to be filed June 24, 2024; (2) plaintiff's opposition to be filed July 26, 2024: and (3) defendants' replies to be filed August 9, 2024.

      We greatly appreciate the Court's time and attention.

                              Respectfully submitted,

                              **SILVERMAN & ASSOCIATES**

                      By: *Caroline B. Lineen*
                              Caroline B. Lineen

cc: **Via ECF**
All Counsel of Record

Granted.

So Ordered.

5/21/24

SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW